UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-61761-CIV-GAYLES/TURNOFF

**JEAN MARIE CHARLES**,

    Plaintiff,

vs.

**CAROLYN W. COLVIN**,
acting Commissioner of
Social Security,

    Defendant.
_____/

## ORDER

    On August 1, 2014, Plaintiff Jean Marie Charles ("Plaintiff") filed a Complaint seeking a review of Defendant Carolyn W. Colvin's ("Defendant") decision denying disability insurance benefits and supplemental security income. [ECF No. 1]. This matter was referred to Magistrate William J. Turnoff for a report and recommendation on dispositive matters [ECF No. 4]. Thereafter, the parties filed their respective cross-motions for Summary Judgment [ECF Nos. 24 & 25]. On August 17, 2016, Judge Turnoff issued a Report and Recommendation ("Report") [ECF No. 29], recommending that the Court deny Plaintiff's motion, grant Defendant's motion, and affirm the decision of the Administrative Law Judge (the "ALJ"). Plaintiff has not timely objected to the Report.

    A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir.

1

2009); *see also* Fed. R. Civ. P. 72(b)(3).  If no objections are filed, the district court need only review the report and recommendation for "clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam); *see also* Fed. R. Civ. P. 72 advisory committee's note.  The Court has undertaken this review and has found no clear error in the analysis and recommendations stated in the Report.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Report [ECF No. 29] is **AFFIRMED AND ADOPTED** as follows:

1. The Plaintiff's Motion for Summary Judgment [ECF No. 24] is **DENIED**.

2. The Defendant's Motion for Summary Judgment [ECF No. 25] is **GRANTED**.

3. The Clerk of Court is directed to **CLOSE** this case and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of September, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge Turnoff
        All Counsel of Record